UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,
ex rel. DJAE PARTNERSHIP, et al.,

Plaintiffs,                                      Civil Action No. 11-11242-DJC

v.

AMGEN, INC.,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## STIPULATION AND ORDER OF DISMISSAL

1.      Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions
of the False Claims Act, 31 U.S.C. § 3730(b)(1), and various state false claims acts and in
accordance with the terms and conditions of the Settlement Agreements among the United
States, the named Plaintiff States (the "States"), Amgen Inc. ("Amgen"), and Relators DJAE
Partnership, *et al.* (the "Settlement Agreements"), the Parties hereby stipulate, through their
undersigned counsel, to the entry of an order (1) dismissing with prejudice all civil monetary
claims asserted on behalf of the United States and the States against Amgen concerning the
Covered Conduct as defined in Preamble Paragraphs F and G of the Settlement Agreements, (2)
dismissing without prejudice to the United States and the States and with prejudice to Relator(s)
as to all other claims against Amgen, and (3) dismissing with prejudice all claims asserted
against Amgen on behalf of Relator under 31 U.S.C. § 3730(d) with respect to attorney's fees.

Stipulation and Order of Dismissal Against Amgen Inc., *United States ex rel. DJAE Partnership v. Amgen Inc., et
al.,* Civil Action No. 11-11242-DJC

costs and expenses. This dismissal is without prejudice to the right of the Relator in the above-caption matter to reinstate these proceedings on written notice to the Court for the limited purpose of asserting Relator's rights to a relator's share payment from the United States contemplated by the Settlement Agreements to which Relator is a party and this Court reserves jurisdiction for these purposes.

2.    In the event this matter is reinstated by Relator, the rights of the Relator under 31 U.S.C. §3729 *et seq.* are hereby fully preserved as they existed prior to the dismissal of this action, including, but not limited to, Relator's rights under 31 U.S.C. § 3730(b)(5), §3730(d), § 3730(e), and § 3731(b).

Dated: Boston, Massachusetts

November $\mathcal{7}$, 2013

Respectfully submitted,

For the United States:

STUART DELERY
Assistant Attorney General, Civil Division

CARMEN M. ORTIZ
United States Attorney

By: _____

ZACHARY A. CUNHA
Assistant United States Attorney

JOHN HENEBERY
Attorney, Civil Division
U.S. Department of Justice

Stipulation and Order of Dismissal Against Amgen Inc., *United States ex rel. DJAE Partnership v. Amgen Inc., et al.,* Civil Action No. 11-11242-DJC

For the
Named States:

ERIC T. SCHNEIDERMAN
Attorney General,
The State of New York

By: Carolyn T. Ellis

CAROLYN ELLIS (CE-3181)
Special Assistant Attorney General
Medicaid Fraud Control Unit
Office of the Attorney General
120 Broadway, 13th Floor
New York, New York 10271
(212) 417-5384

For Relator:

W. SCOTT SIMMER
Blank Rome LLP
Watergate 600 New Hampshire Ave NW
Washington, D.C. 20037
Counsel to Relator DJAE Partnership

For Amgen:

DAVID S. ROSENBLOOM
McDERMOTT, WILL & EMERY, LLP.
227 West Monroe Street
Chicago, Illinois 60606-5096
Attorneys for Amgen Inc.

Stipulation and Order of Dismissal Against Amgen Inc., *United States ex rel. DJAE Partnership v. Amgen Inc., et al.*, Civil Action No. 11-11242-DJC

For the
Named States:

ERIC T. SCHNEIDERMAN
Attorney General,
The State of New York

By: _____

CAROLYN ELLIS (CE-3181)
Special Assistant Attorney General
Medicaid Fraud Control Unit
Office of the Attorney General
120 Broadway, 13th Floor
New York, New York 10271
(212) 417-5384

For Relator:

W. SCOTT SIMMER
Blank Rome LLP
Watergate 600 New Hampshire Ave NW
Washington, D.C. 20037
Counsel to Relator DJAE Partnership

For Amgen:

DAVID S. ROSENBLOOM
McDERMOTT, WILL & EMERY, LLP.
227 West Monroe Street
Chicago, Illinois 60606-5096
Attorneys for Amgen Inc.

Stipulation and Order of Dismissal Against Amgen Inc., *United States ex rel. DJAE Partnership v. Amgen Inc., et al.* Civil Action No. 11-11242-DJC

SO ORDERED:
Boston, Massachusetts
~~December~~ 2 , 2013

~~Denise Q. Casper~~

HONORABLE DENISE J. CASPER
United States District Judge

Stipulation and Order of Dismissal Against Amgen Inc., *United States ex rel. DJAE Partnership v. Amgen Inc., et al.*, Civil Action No. 11-11242-DJC